# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1245
_____

DANIEL GLASSMAN,

Appellant,

v.

ASHLIE R. GLASSMAN, a/k/a
ASHLIE WITTRY,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Darlene Dickey, Judge.

March 25, 2026

PER CURIAM.

The Court grants Appellee's motion filed November 13, 2025, and dismisses this appeal as a sanction for Appellant's failure to comply with the lower tribunal order on appeal. *See* Fla. App. P. 9.410.

The Court grants Appellee's motion for attorney's fees filed November 13, 2025, and remands to the trial court to assess the amount.

RAY, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Eric D. Schurger of Schurger Law Firm PLLC, Gulf Breeze, for, Appellant.

Ross A. Keene of Ross Keene Law, P.A., Pensacola, for Appellee.